**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSE CASTRO,

                        Plaintiff,
     -against-                                                21 **CIVIL** 1937 (JLR)(GRJ)

## JUDGMENT

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated January 17, 2023, the Court has adopted the thorough and well-reasoned Report in its entirety. The Court has granted judgment on the pleadings in favor of Plaintiff and this action is remanded pursuant to sentence four of Section 405(g) of the Social Security Act, consistent with the Report. See ECF 22 at 20; see, e.g., Yulfo v. Colvin, No. 17-cv-00448, 2018 WL 2186412, at *1 (S.D.N.Y. May 11, 2018) (adopting report and recommendation entered without objections and remanding social security action for further proceedings); Mazza v. Commr of Soc. Sec., No. 20-cv-10062 (VSB), 2022 WL 1451638, at *1 (S.D.N.Y. May 9, 2022) (same). The lack of any timely objections, in light of the clear notice provided in the Report, precludes appellate review of this decision. See Frank, 968 F.2d at 300; Roman, 477 F. Supp. 2d at 589; Yulfo, 2018 WL 2186412, at *1. Judgment is entered remanding this case to the Commissioner of Social Security; accordingly, the case is closed.

**Dated:**  New York, New York

      January 17, 2023

                                                           **RUBY J. KRAJICK**

                                                           **Clerk of Court**

                           **BY:**       K. Mango

                                                           **Deputy Clerk**